HARRISON B. MOORE, Respondent, v. THEODORE A. CRANE'S SONS COMPANY, Appellant, and GRACE P. MOORE, Respondent.

Appeal from an order denying a motion to vacate an order for the examination of the defendant before trial and directing such examination to proceed.

PER CURIAM: The order appealed from goes further than is necessary or proper at the present time. It is permissible to examine defendant, by its officers, as to the transactions and relations between the parties up to and at the time of the making of the contract sought to be reformed. It will be time enough to inquire as to matters subsequent to that date if and when it is determined that the contract should be reformed. The order appealed from will be modified accordingly, and as modified affirmed, without costs to either party in this court. Present — Clarke, P. J., Scott, Smith, Page and Davis, JJ. Order modified as stated in opinion, and as modified affirmed, without costs. Order to be settled on notice.

Appeal from an order requiring the defendant to give a bill of particulars as to a separate defense.

PER CURIAM: The order appealed from should be modified by striking out of the 6th and 7th items of the particulars ordered the names of defendant's customers whom it is alleged that plaintiff failed to see, and as modified affirmed, without costs to either party in this court. Present — Clarke, P. J., Scott, Smith, Page and Davis, JJ. Order modified as stated in opinion, and as modified affirmed, without costs. Order to be settled on notice.